IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

JESSIE WILLIAMS,

                    Plaintiff,

   v.                                                             ORDER

JEFF GARBELMAN,                               17-cv-612-jdp

                    Defendant.
_____

On November 9, 2017, I denied pro se plaintiff Jessie Williams leave to proceed *in forma pauperis* because his allegations failed to qualify him for pauper status under the imminent danger exception found in 28 U.S.C. § 1915(g). I told Williams that if he intended to proceed with this action, he needed to (1) pay the $400 filing fee; and (2) submit an amended complaint that complies with Fed. R. Civ. P. 8. Dkt. 5. I warned Williams that I would dismiss his case if he did not pay the filing fee and amend his complaint by November 30, 2017. It is now past that deadline and Williams has not filed a response or otherwise contacted the court.

ORDER

IT IS ORDERED that plaintiff Jessie Williams's case is DISMISSED. The clerk of court is directed to enter judgment in favor of defendant and close this case.

Entered December 14, 2017.

                                      BY THE COURT:

                                      /s/

                                      _____
                                      JAMES D. PETERSON
                                      District Judge