IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JESSIE WILLIAMS,

    Plaintiff,

v.

JEFF GARBELMAN,

    Defendant.

JUDGMENT IN A CIVIL CASE

17-cv-612-jdp

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant dismissing this case.

/s/                                       12/14/2017

Peter Oppeneer, Clerk of Court           Date